E-FILED
Wednesday, 13 June, 2012   12:44:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGA BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| MACON RESOURCES INC., | ) | |
| | ) | |
| Defendant. | ) | **Jury Trial Demanded** |

## COMPLAINT

COMES NOW the Plaintiff, Marga Baker [hereafter "Baker"], and for her cause of action against the Defendant, Macon Resources, Inc. [hereafter "Macon Resources"], states as follows:

### Nature of Complaint

1. In this complaint Baker alleging that the defendant, Macon Resources violated her rights under the:

> The Age Discrimination in Employment Act, 29 U.S.C. § 621, *et. seq.* [hereafter "ADEA"].

### Jurisdiction

2. Baker's claim is premised upon, the ADEA, a federal statute. As such, this Court has jurisdiction to entertain these claims under 28 U.S.C. § 1331.

### Venue

3. The venue of this Court to entertain the issues raised in this case is appropriate by virtue of 28 U.S.C. § 1391(b), because Macon Resources engages in

business activities within the judicial district of this Court and the claims giving rise to the above captioned proceeding did occur within the judicial district of this Court.

### Parties

4. Macon Resources is an Illinois not-for-profit organization in Decatur, Illinois. Its stated mission "is to provide services to promote the growth, independence, and self worth of children and adults with disabilities.

5. Macon Resources has more than twenty employees and constitutes an employer as that term is used in the ADEA.

6. Baker is an adult female who resides within the confines of Macon County, Illinois.

7. Baker's date of birth is October 30, 1954. As such she is within a class of individuals entitled to protection under the ADEA.

8. Baker was formerly employed by Macon Resources. Her employment with Macon Resources was involuntarily terminated on March 11, 2011.

### ADEA Allegations

9. On April 15, 2011 Baker filed a charge of discrimination with both the Illinois Department of Human Rights and the United States Equal Employment Opportunity Commission. That charge alleged that she had been discriminated against because of her age in violation of the ADEA. The EEOC assigned the case as charge number 21B-2011-01552.

10. On April 20, 2012 Baker, through her attorney, received a notice from the

EEOC advising her that she had a right to file a lawsuit in federal court within ninety days from that date.

11.     Macon Resources violated Baker's rights under the ADEA by terminating her employment on March 11, 2011. In so doing they held her to different standards than similarly situated younger employees were not terminated.

12.     As a direct and proximate result of the unlawful treatment described above, Baker has suffered mental anguish, inconvenience, embarrassment, the loss of the enjoyment of life and lost wages.

WHEREFORE, Baker respectfully requests that this Court enter judgment in her favor and against Macon Resources and provide the following relief:

(a)     Enter a declaratory judgment determining that the actions complained of in this complaint are unlawful in violation of ADEA and issue a mandatory injunction against Macon Resources to take affirmative steps to ensure that it and all individuals working under it refrain from engaging in any actions with respect to Baker which are prohibited under its terms;

(b)     Issue a mandatory injunction directing Macon Resources to reinstate Baker to the position of employment that she would have held had it not been for Macon Resources's  unlawful conduct or, if the circumstances are appropriate, award her front pay;

(c)     Award Baker damages sufficient to compensate her for economic losses suffered as a result of the aforementioned conduct alleged in this complaint;

(d) Award Baker compensatory and exemplary damages to the extent permitted by law;

(e) Assess against Macon Resources the costs and expenses incurred by Baker in maintaining the above captioned proceeding together with the reasonable attorney fees incurred by her in prosecuting the above captioned cause; and

(f) Provide such other relief as the Court deems to be equitable and just.

**THE PLAINTIFF, MARGA BAKER, RESPECTFULLY REQUESTS THAT ALL ISSUES RAISED IN THIS COUNT WHICH MAY BY LAW BE PROPERLY TRIED BEFORE A JURY BE TRIED BY A JURY.**

Marga Baker

By:_____
Her Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62707
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: johnbakerlaw@gmail.com