# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 10, 2014

*By the Court:*

| No.: 13-3324 | MARGA BAKER, <br> Plaintiff - Appellant <br><br> v. <br><br> MACON RESOURCES, INCORPORATED, <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:12-cv-02156-MPM-DGB <br> Central District of Illinois <br> District Judge Michael P. McCuskey ||

Upon consideration of the **MOTION TO WAIVE ORAL ARGUMENT**, filed by Appellant Marga Baker, on February 7, 2014

**IT IS ORDERED** that the motion is **GRANTED**. This appeal will be submitted for decision on the briefs and record, pursuant to Fed. R. App. P. 34(f).

form name: **c7_Order_BTC**(form ID: **178**)